UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-20298-JLK

VICTORIA LIBERTAD IDIAQUEZ,    )
    )
        Plaintiff,    )
  vs.    )
    )
AMY GIBSTEIN,    )
LEE ANDREW GIBSTEIN,    )
    )
        Defendants.    )
_____ )

## ELECTION TO JURISDICTION BY A UNITED STATES
## MAGISTRATE JUDGE FOR ALL MATTERS INCLUDING TRIAL

        In accordance with the provisions of Title 28 USC section 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | All Non-dispositive Motions | Yes_____ | No__X___ |
| 2. | Motions for Attorney Fees and Costs | Yes_____ | No__X___ |
| 3. | Motions for Sanctions | Yes_____ | No__X___ |
| 4. | Motions to Dismiss | Yes_____ | No__X__ |
| 5. | Motions for Summary Judgment | Yes_____ | No__X__ |
| 6. | Settlement/Dismissal | Yes_____ | No__X__ |
| 7. | Trial | Yes_____ | No__X__ |
| 8. | Other | Yes_____ | No__X__ |

4/15/16                _/s/ Stephen M. Fox, Jr., Esq.
(Date)               (Signature) Counsel for Plaintiff

4/15/16                __/s/ Isaac S. Lew, Esq.
(Date)               (Signature) Counsel for Defendant(s)